**NATHANIEL M. GORTON**
DISTRICT JUDGE

July 3, 2007

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2006 Filing

Dear Judge Smith:

This is to respond to your letter of June 26, 2007 requesting more information concerning my 2006 Financial Disclosure Report dated May 1, 2007.

You have referred me to a listing of "Western Union Co." in Part VII, page 9, line 98. I believe you intended to refer to Part VII, page 9, line 78, which indicates that I sold Western Union Co. stock on November 3, 2006 with a gain of less than $1,000. The stock was not previously listed by me because Western Union Co. was a "spin-off" from First Data Corporation which is, and has been, listed on my "Attachment #2" for several years. The spin-off occurred on September 20, 2006 and the small amount of Western Union Co. stock received was sold shortly thereafter.

Pursuant to the request in the last paragraph of your letter, I enclose two additional copies of this letter for your use. I trust my report for calendar year 2006 is now in compliance with the instructions and your request for additional information. Please call me at 617-748-9247, if you have any questions.

Very truly yours,

Nathaniel M. Gorton

NMG/seh
Enclosures

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorton, Nathaniel M | District Court - Massachusetts | 05/01/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court<br>1 Courthouse Way, Suite 3110<br>Boston, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Attachment #1 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 11: 09

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. June 30 | Slade Gorton & Co., Inc., (closely held ███ seafood business) corporate clerk/secretary, director, custodian, trustee and accounting duties | $ 10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Lawyers Association | reimbursement for lodging and travel by train ███ from Boston to NYC to attend annual N.Y.I.P.L.A. dinner 3/24/06 at Waldorf Astoria |
| 2. | |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rocky Bay Trust (a MA business trust) (common stock) | E | | O | Q | | | | | See Section VIII |
| 2. Fidelity Cash Reserves (individual) | A | Dividend | J | T | | | | | |
| 3. Fidelity Money Market Accounts (POA,trustee)(Att#1,¶4) | D | Dividend | M | T | | | | | |
| 4. Charitable Remainder Trust | E | div.,int. | | | | | | | See Section VIII |
| 5. MBIA, Inc | | | | | sell | 2/13 | K | D | |
| 6. Illinois Tool Words, Inc. | | | | | buy | 2/16 | J | | |
| 7. United Technologies Corp | | | | | buy | 2/16 | J | | |
| 8. Citigroup, Inc. | | | | | buy | 5/2 | J | | |
| 9. Citigroup, Inc. | | | | | sell | 5/17 | J | | |
| 10. Peabody Energy Corp. | | | | | buy | 11/22 | J | | |
| 11. Newmont Mng. Corp. | | | | | buy | 12/5 | J | | |
| 12. Illinois Tool Works, Inc. | | | | | sell | 12/27 | J | A | |
| 13. Medtronic, Inc. | | | | | sell | 12/27 | J | C | |
| 14. Microsoft Corp | | | | | sell | 12/27 | J | C | |
| 15. Brinker International, Inc. | | | | | sell | 12/27 | J | B | |
| 16. First Data Corp. | | | | | sell | 12/27 | J | D | |
| 17. 3M Co. | | | | | sell | 12/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I Shares, Inc. MSCI PAC J IDX | | | | | buy | 12/27 | K | | |
| 19. Boston Financial Management, Inc. IRA | None | P1 | T | | | | | | |
| 20. MBIA, Inc. | | | | | sell | 2/13 | K | E | |
| 21. Anheuser Busch | | | | | sell | 2/15 | J | | |
| 22. Bank New York, Inc. | | | | | buy | 2/16 | J | | |
| 23. Illinois Tool Works, Inc. | | | | | buy | 2/16 | K | | |
| 24. United Health Group, Inc. | | | | | buy | 2/16 | J | | |
| 25. United Parcel Service, Inc. CL B | | | | | buy | 2/17 | J | | |
| 26. Apple Computer, Inc. | | | | | buy | 4/12 | K | | |
| 27. Wm. Wrigley Jr. Co. | | | | | sell | 5/9 | J | | |
| 28. Intel Corp. | | | | | sell | 8/3 | J | | |
| 29. Aflac, Inc. | | | | | buy | 8/3 | J | | |
| 30. Kimberly Clark Corp. | | | | | sell | 8/18 | K | C | |
| 31. Staples, Inc. | | | | | sell | 8/18 | J | B | |
| 32. Walgreen Company | | | | | buy | 8/18 | J | | |
| 33. Eaton Vance Corp. Non Vtg | | | | | buy | 8/18 | J | | |
| 34. Federal Home Loan Bank | | | | | buy | 9/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Federal Home Loan Bank | | | | | sell | 9/28 | K | A | |
| 36. Intel Corp. | | | | | sell | 10/18 | K | | |
| 37. Torchmark Corp. | | | | | buy | 10/18 | J | | |
| 38. Wells Fargo & Co. New | | | | | buy | 10/18 | J | | |
| 39. United Parcel Service, Inc. CL B | | | | | buy | 10/18 | J | | |
| 40. Raytheon Co. | | | | | buy | 10/18 | J | | |
| 41. U.S. Treasury Note | | | | | sell | 11/15 | K | | |
| 42. Federal Home Loan Mtg. | | | | | buy | 11/15 | L | | |
| 43. Kimberly Clark Corp. | | | | | sell | 11/22 | K | D | |
| 44. Peabody Energy Corp. | | | | | buy | 11/22 | K | | |
| 45. Newmont Mng Corp. | | | | | buy | 12/5 | J | | |
| 46. Colgate Palmolive Co. | | | | | sell | 12/27 | K | D | |
| 47. Illinois Tool Works, Inc. | | | | | sell | 12/27 | K | A | |
| 48. Medtronic, Inc. | | | | | sell | 12/27 | K | E | |
| 49. Microsoft Corp. | | | | | sell | 12/27 | K | E | |
| 50. Brinker International Inc. | | | | | sell | 12/27 | K | D | |
| 51. 3M Co. | | | | | sell | 12/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. I SharesTr S&P Small Cap600 | | | | | buy | 12/27 | K | | |
| 53. I Shares Inc. MSCI PAC J IDX | | | | | buy | 12/27 | K | | |
| 54. I Shares Tr MSCI Emerg Mkt | | | | | buy | 12/27 | L | | |
| 55. Boston Financial Management, Inc. revocable trust | C | div.&int. | M | T | | | | | See Section VIII |
| 56. U. S. Treasury Bill | | | | | sell | 1/26 | L | | |
| 57. U. S. Treasury Bill | | | | | buy | 2/1 | K | | |
| 58. MBIA, Inc. | | | | | sell | 2/13 | J | A | |
| 59. Anheuser Busch | | | | | sell | 2/15 | J | | |
| 60. U. S. Treasury Bill | | | | | sell | 2/16 | L | | |
| 61. U. S. Treasury Bill | | | | | buy | 2/27 | L | | |
| 62. U. S. Treasury Bill | | | | | sell | 3/28 | K | A | |
| 63. U. S. Treasury Bill | | | | | sell | 4/27 | K | | |
| 64. U. S. Treasury Bill | | | | | sell | 5/4 | K | | |
| 65. Diagnostic Products Corp. | | | | | sell | 5/15 | J | A | |
| 66. U. S. Treasury Bill | | | | | sell | 5/18 | K | | |
| 67. U. S. Treasury Bill | | | | | sell | 5/25 | L | | |
| 68. Emerson Electric Co. | | | | | sell | 8/1 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kimberly Clark Corp. | | | | | sell | 8/1 | J | D | |
| 70. Medtronic Inc. | | | | | sell | 8/1 | J | B | |
| 71. Biomet, Inc. | | | | | sell | 8/1 | J | | |
| 72. Automatic Data Processing | | | | | sell | 11/3 | J | C | |
| 73. Emerson Electric Co. | | | | | sell | 11/3 | J | B | |
| 74. Medtronic, Inc. | | | | | sell | 11/3 | J | B | |
| 75. Procter & Gamble Company | | | | | sell | 11/3 | J | C | |
| 76. Sysco Corp | | | | | sell | 11/3 | J | C | |
| 77. Microsoft Corp. | | | | | sell | 11/3 | J | C | |
| 78. Western Union Co. | | | | | sell | 11/3 | J | A | |
| 79. First Data Corp. | | | | | sell | 11/3 | J | A | |
| 80. Fifth Third Bancorp | | | | | sell | 11/22 | J | A | |
| 81. Peabody Energy Corp. | | | | | buy | 11/22 | J | | |
| 82. Newmont Mng Corp. | | | | | buy | 12/5 | J | | |
| 83. Dell, Inc. | | | | | sell | 12/27 | J | | |
| 84. I Shares TR S&P Small CAP600 | | | | | buy | 12/27 | J | | |
| 85. Boston Financial Management, Inc. | D | Int./Div. | M | T | | | | | See Section VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $ 100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| revocable trust ● | | | | | | | | | |
| 86. MBIA, Inc. | | | | | sell | 2/13 | J | C | |
| 87. Anheuser Busch | | | | | sell | 2/15 | J | | |
| 88. Torchmark Corp. | | | | | buy | 2/15 | J | | |
| 89. Illinois Tool Works, Inc. | | | | | buy | 2/16 | J | | |
| 90. United Parcel Svc Inc. CL B | | | | | buy | 2/17 | J | | |
| 91. Federal Home Loan Bank | | | | | sell | 3/6 | J | | |
| 92. Federal Home Loan Bank | | | | | buy | 3/9 | J | | |
| 93. Citigroup, Inc. | | | | | buy | 5/2 | J | | |
| 94. Diagnostic Products Corp | | | | | sell | 5/15 | J | B | |
| 95. Citigroup Inc. | · | | | | sell | 5/17 | J | | |
| 96. Sysco Corp. | | | | | sell | 7/27 | J | A | |
| 97. Biomet, Inc. | | | | | sell | 7/27 | J | | |
| 98. First Data Corp. | | | | | sell | 7/27 | J | B | |
| 99. Johnson & Johnson | | | | | sell | 8/1 | J | A | |
| 100. Pepsico Inc. | | | | | sell | 8/1 | J | B | |
| 101. First Data Corp. | | | | | sell | 8/1 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorton, Nathaniel M | 05/01/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. Biomet Inc. | | | | | sell | 8/2 | J | | |
| 103. Automatic Data Processing | | | | | sell | 11/3 | J | B | |
| 104. Sysco Corp | | | | | sell | 11/3 | J | B | |
| 105. United Technologies Corp. | | | | | sell | 11/3 | J | A | |
| 106. Kimberly Clark Corp. | | | | | sell | 11/22 | J | B | |
| 107. Peabody Energy Crop. | | | | | buy | 11/22 | J | | |
| 108. Newmont Mng Corp | | | | | buy | 12/5 | J | | |
| 109. Colgate Palmolive Co. | | | | | sell | 12/27 | J | C | |
| 110. Illinois Tool Works Inc. | | | | | sell | 12/27 | J | A | |
| 111. I Shares Tr S&P Small CAP600 | | | | | buy | 12/27 | J | | |
| 112. Bank of America (successor of Fleet) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1 - Rocky Bay Trust, a Massachusetts Business Trust, of which the reporting party is a shareholder, owns all of the stock of Slade Gorton & Co., Inc., a Massachusetts corp. ("the Company"). Income reported in Section VII by virtue of common stock holdings of the reporting party in Rocky Bay Trust is attributable to his pro rata share of the income of the Company which is taxed as an S corporation whereby all corporate income is deemed passed through and taxable to the individual stockholders of the Trust whether or not such income is, in fact, distributed. The value of the stock holdings is appraised beinnially by a certified financial analyst.

Line 4 - In 1997 the reporting party and ████ funded a charitable remainder trust of which they are the income beneficiaries for life but in which they retain no right to principal.

Lines 4, 19, 55 and 85 - The assets listed on these lines (and the transactions noted in the lines that follow) are managed by Boston Financial Management, Inc., Boston, MA and consist of stocks and bonds in publicly held companies and equity holdings based on indices listed in Attachment #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ May 7, 2007 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

I.    Positions

| Position | Name of Organization/Entity |
| --- | --- |
| 1.  Shareholder, Clerk/Secretary and Director | Rocky Bay Trust, a MA Business Trust, which owns all of the Stock of Slade Gorton & Co., Inc.. Boston, MA (closely held ████ seafood business) |
| 2.  Clerk and Director | Cambridge Animal Aid, Inc. Floral City, FL (non-profit animal aid organization operated by reporting party's ████ ) |
| 3.  Member of the Corporation | The New England Home for Little Wanderers, Boston, MA (non-profit, private child welfare agency) |

**NOTE: None of the beneficiaries of the following trusts and accounts of which the reporting party is a trustee (or holds a power of attorney) is a dependent of the reporting party and neither the reporting party nor his spouse has any beneficial interest in or control over the disposition of assets of such trusts and accounts.**

| | |
| --- | --- |
| 4.  Power of Attorney/Trustee | Fidelity money market accounts (for all shareholders of Rocky Bay Trust, all of whom are  ██████████ of reporting party) |
| 5.  Trustee | Irrevocable Trust (created in connection with the estate plan of the reporting party's ████ |
| 6.  Trustee | 1989 Irrevocable Trust and Irrevocable Sub S Trust (both created in connection with the estate plan of reporting party's ████ |

Financial Disclosure Report
Nathaniel M. Gorton
May 1, 2007
Attachment #2

All of the listed holdings are of common stock unless otherwise noted.


Abbott Labs

Aflac, Inc.

Amgen, Inc.

American International Group, Inc.

Anadarko Pete Co.

Apple Computer, Inc.

Automatic Data Processing, Inc.

Bank of America Corp.

Bank New York, Inc.

Bear Stearns Co. (bond)

Boston Scientific Corp.

B P Amoco PLC

Brinker International, Inc.

Costco Wholesale Corp

CVS Corp.

Devon Energy Corp.

Eaton Vance Corp..

Emerson Electric Co. (stocks & bonds)

Exxon-Mobil Corp.

Federal Farm Credit Bank (bond)

Federal Home Loan Bank (bond)

Fedex Corp.

First Data Corporation

Honeywell Inc. (bond)

Johnson & Johnson

McCormick & Co., Inc.

Medtronic, Inc.

Microsoft Corp.

New York Telephone Co. (bond)

Newmont Mining Co.

Omnicom Group

Peabody Energy Corp.

Pepsico, Inc.

Procter & Gamble Co.

Raytheon Co..

RPM (Ohio), Inc.

Sigma Aldrich Corp.

Staples, Inc.

Sysco Corp.

Torchmark Corp.

United Health Group, Inc.

United Parcel Service, Inc.

United Technologies Corp.

Walgreen Co.

Wells Fargo & Co. New

Western Union Co.

William Wrigley Jr. Co.


Equity holdings based on indices:
    IShares, Inc. Morgan-Stanley Capital Int'l (MSCI) Pacific Rim ex-Japan Index
    IShares, Inc. MSCI Emerging Market Index
    IShares, Inc. S&P Small Capitalization 600 Index


Please note:    State Street Corp. was listed on reporting party's Attachment #2 for 2006 by mistake; that stock had been sold during 2005. Also, MBNA Corp. was acquired by and merged into Bank of America Corp. during 2006.